IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00605-REB-MEH

ESTES EXPRESS, INC., a Virginia corporation,

      Plaintiff,

v.

SECURECYBER DESTRUCTION, LLC, a Colorado limited liability company,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 29, 2007.**

      Defendant SecureCyber Destruction, LLC has submitted an Answer to the Complaint. Dock. #6. This Answer is not signed by an attorney licensed to practice in this District but, rather, is signed by the President of SecureCyber Destruction, LLC, Robert H. Knowles, Jr. By law, a Defendant corporation, partnership, or other legal entity cannot appear and continue to prosecute this case without being represented by an attorney admitted to practice before this Court. In other words, Defendant cannot represent itself in this Court *pro se*, and Mr. Knowles cannot represent Defendant, unless he is an attorney licensed to practice in this District. A Defendant corporation, partnership, or other legal entity who is without counsel faces having its pleadings, motions, and other papers stricken; and entry of default or other sanctions may be imposed against it.

      Accordingly, Plaintiff's Motion to Strike Answer [Filed May 1, 2007; Docket #7] is **granted**. Defendant's Answer Docket #6 is **stricken** from the record. Defendant is granted leave to file an Answer, through counsel licensed to practice in this District, on or before **June 8, 2007**.